UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**BRIAN BARNHART, and HOLLY STUART BARNHART,**

      **Plaintiffs,**

-vs-              Case No.  2:11-cv-534-FtM-29DNF

**WELLS FARGO BANK NA, as trustee, for option one mortgage loan trust 2007-CP1 asset-backed certificates, series 2007-CP1,**

      **Defendant.**

### REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

   This action was removed from state court on September 22, 2012, In the Complaint (Doc. 3), the Plaintiffs, Brian Barnhart and Holly Stuart Barnhart sued Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2007-CPI Asset-Backed Certificates, Series 2007-CPI ("Wells Fargo").  Wells Fargo conveyed a Special Warranty Deed to the Plaintiffs. The Plaintiffs claim that Wells Fargo beached certain warranties in the Special Warranty Deed.  On August 21, 2012, the Court entered an Order (Doc. 20) which permitted counsel for the Plaintiffs to withdraw.  The Court allowed the Plaintiffs twenty-one (21) days from the date of the Order to retain new counsel or file a notice that they are proceeding *pro se* which is without the benefit of counsel.  The Plaintiffs failed to respond to that Order.

   On September 17, 2012, the Court entered and Order to Show Cause (Doc. 21) requiring the Plaintiffs to show good cause why this case should not be dismissed for failure to prosecute.  Pursuant

to Local Rule 3.10, "[w]henever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution." M.D. Fla. L.R. 3.10.  By failing to retain counsel or notify the Court that they are proceeding without counsel and by failing to comply with the Order (Doc. 20) and the Order to Show Cause (Doc. 21), the Plaintiffs are not prosecuting their case.

**IT IS RESPECTFULLY RECOMMENDED:**

That this case be dismissed for failure to prosecute.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this   9th   day of October, 2012.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record